**COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. TITLE & TRUST COMPANY, a corporation, Respondent.**

No. 12954.

United States Court of Appeals
Ninth Circuit.

Dec. 11, 1951.

Ellis N. Slack, Acting Asst. Atty. Gen., Harry Marselli, Sp. Asst. to Atty. Gen., for petitioner.

Clarence D. Phillips, Portland, Or. (Griffith, Phillips & Coughlin, Portland, Or., of counsel), for respondent.

Before MATHEWS, STEPHENS and POPE, Circuit Judges.

PER CURIAM.

The decision of the Tax Court is affirmed on the grounds and for the reasons stated in its opinion, 15 T.C. 510, and cases there cited.

**UNITED STATES of America, Appellant, v. PACIFIC ABSTRACT TITLE COMPANY, a corporation, Appellee.**

No. 12894.

United States Court of Appeals
Ninth Circuit.

Dec. 11, 1951.

Ellis N. Slack, Acting Asst. Atty. Gen., Lee A. Jackson, Harry Marselli and Leland T. Atherton, Sp. Assts. to Atty. Gen., Henry L. Hess, U. S. Atty., Victor E. Harr, Asst. U. S. Atty., Portland, Or., for appellant.

Will H. Masters, Wm. J. Masters, Portland, Or., for appellee.

Before MATHEWS, STEPHENS and POPE, Circuit Judges.

PER CURIAM.

The judgment of the District Court is affirmed on the authority of Commissioner of Internal Revenue v. Title & Trust Co., 9 Cir., 192 F.2d 934, affirming 15 T.C. 510.

**Russell J. PFITZINGER, Appellant, v. UNITED STATES CIVIL SERVICE COMMISSION.**

No. 10523.

United States Court of Appeals
Third Circuit.

Argued Nov. 16, 1951.

Decided Nov. 29, 1951.

Frederick F. Richardson, New Brunswick, N. J., for appellant.

Joseph Kovner, Dept. of Justice, Washington, D. C., Holmes Baldridge, Asst. Atty. Gen., Grover C. Richman, Jr., U. S. Atty., Newark, N. J., Edward V. Ryan, Asst. U. S. Atty., Jersey City, N. Y., Edward H. Hickey, Attys., Department of Justice, Washington, D. C., on the brief), for appellee.

Before MARIS, KALODNER and STALEY, Circuit Judges.

PER CURIAM.

The only question raised on this appeal is as to the constitutionality of Section 12(a) of the Hatch Act. 5 U.S.C.A. § 118k(a). That question was settled in State of Oklahoma v. United States Civil Service Commission, 1947, 330 U.S. 127, 67 S.Ct. 544, 91 L.Ed. 794. Upon the authority of that case the judgment of the District Court, D.C. N.J., 96 F.Supp. 1, will be affirmed.